No. 70–193. Russo *v.* United States, 404 U. S. 1023. Petition for rehearing denied. Mr. Justice White took no part in the consideration or decision of this petition.

February 23, 1972

No. 70–95. Board of Elections for the District of Columbia et al. *v.* Lester et al. Appeal from D. C. D. C. dismissed under Rule 60 of the Rules of this Court.

No. 71–6014. Lepiscopo *v.* United States. C. A. 9th Cir. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

February 28, 1972

No. 71–765. Northern Natural Gas Co. *v.* Wilson et al. Affirmed on appeal from D. C. Kan.

No. 71–5464. Kirk *v.* McMeen et al. Affirmed on appeal from D. C. N. D. Iowa. Mr. Justice Douglas would note probable jurisdiction and set case for oral argument.

No. 71–5743. Torres et al. *v.* New York State Department of Labor et al. Affirmed on appeal from D. C. S. D. N. Y. Mr. Justice Douglas, Mr. Justice Brennan, and Mr. Justice Marshall would note probable jurisdiction and reverse. *Goldberg* v. *Kelly,* 397 U. S. 254 (1970).

No. 70–56. Gilligan, Governor of Ohio, et al. *v.* Sweetenham et al. Appeal from D. C. S. D. Ohio [probable jurisdiction noted, 401 U. S. 991] dismissed as moot.